UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-21611 ABG |
| COHEN, THOMAS G | § | |
| COHEN, AMIE HIRSCH | § | |
| | § | |
| | § | |
| Debtors | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on             . The undersigned trustee was appointed on                   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was                   . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $       as interim compensation and now requests a sum of $          , for a total compensation of $            .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $      , for total expenses of $     .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 05-21611   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | Date Filed (f) or Converted (c): 05/31/05 (f) |
| | COHEN, AMIE HIRSCH | 341(a) Meeting Date: 07/07/05 |
| For Period Ending: | 12/08/09 | Claims Bar Date: 04/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 325,000.00 | 50,000.00 | | 420,000.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 1,516.74 | 0.00 | | 0.00 | 0.00 |
| 4. MERRIL LYNCH | 2,367.00 | 0.00 | | 0.00 | 0.00 |
| 5. CHECKING | 121.09 | 0.00 | | 0.00 | 0.00 |
| 6. DEPOSITS | 430.00 | 0.00 | | 0.00 | 0.00 |
| 7. HOUSEHOLD GOODS | 2,680.00 | 0.00 | | 0.00 | 0.00 |
| 8. COMPUTER | 365.00 | 0.00 | | 0.00 | 0.00 |
| 9. APPAREL | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. IRA | 2,387.00 | 0.00 | | 0.00 | 0.00 |
| 12. PENSION | 106,305.35 | 0.00 | | 0.00 | 0.00 |
| 13. STOCK | 68.00 | 0.00 | | 0.00 | 0.00 |
| 14. VEHICLE | 8,675.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,153.61 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $452,015.18 | $50,000.00 | | $421,153.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL REAL ESTATE. TRUSTEE ENTERED INTO CONTRACT FOR SALE OF PROERTY BUT CONTRACT FELL THROUGH. TRUSTEE HAS FOUND NEW BUYER FOR PROPERTY. TRUSTEE HAS SOLD HOUSE TO NEW BUYER AND CLOSED. TRUSTEE TO EXAMINE CLAIMS THAT ARE FILED. TRUSTEE TO EMPLOY ACCOUNTANT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 05-21611   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: COHEN, THOMAS G | Date Filed (f) or Converted (c): 05/31/05 (f) |
| COHEN, AMIE HIRSCH | 341(a) Meeting Date: 07/07/05 |
| | Claims Bar Date: 04/26/06 |

Initial Projected Date of Final Report (TFR): 07/31/06          Current Projected Date of Final Report (TFR): 06/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******9308 Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/06 | | CHICAGO TITLE & TRUST CO. | | | 54,508.10 | | 54,508.10 |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount: 420,000.00 | 1110-000 | | | |
| | | US BANK HOME MORTGAGE | Memo Amount: ( 206,066.44 ) | 4110-000 | | | |
| | | | Mortgage payoff | | | | |
| | | LASALLE BANK MORTGAGE | Memo Amount: ( 106,507.08 ) | 4110-000 | | | |
| | | | Mortgage payoff | | | | |
| | | THOMAS COHEN | Memo Amount: ( 15,000.00 ) | 8100-002 | | | |
| | | | Homestead exemption to debtors | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 25,000.00 ) | 3510-000 | | | |
| | | | Brokers commission | | | | |
| | | COUNTY OF LAKE | Memo Amount: ( 8,149.42 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | CHICAGO TITLE | Memo Amount: ( 4,768.96 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.86 | | 54,519.96 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 41.58 | 54,478.38 |
| 03/16/06 | 1 | COLDWELL BANKER | Proceeds from sale of real estate | 1110-000 | 3,200.00 | | 57,678.38 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.34 | | 57,725.72 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.44 | | 57,773.16 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.07 | | 57,822.23 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.53 | | 57,869.76 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.15 | | 57,918.91 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.19 | | 57,968.10 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.64 | | 58,015.74 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.28 | | 58,065.02 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.72 | | 58,112.74 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.35 | | 58,162.09 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.40 | | 58,211.49 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 44.66 | | 58,256.15 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 46.90 | 58,209.25 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******9308 Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.47 | | 58,258.72 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.89 | | 58,306.61 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.52 | | 58,356.13 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.96 | | 58,404.09 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.61 | | 58,453.70 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.65 | | 58,503.35 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.26 | | 58,540.61 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.29 | | 58,577.90 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 31.30 | | 58,609.20 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 28.02 | | 58,637.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 23.23 | | 58,660.45 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 13.94 | | 58,674.39 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 51.76 | 58,622.63 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 13.87 | | 58,636.50 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 12.02 | | 58,648.52 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.45 | | 58,655.97 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.21 | | 58,663.18 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.45 | | 58,670.63 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.45 | | 58,678.08 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.22 | | 58,685.30 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.69 | | 58,690.99 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.81 | | 58,695.80 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.18 | | 58,698.98 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.99 | | 58,699.97 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.90 | | 58,700.87 |
| 02/28/09 | 000304 | International Sureties, Ltd. | Bond premium | 2300-000 | | 48.18 | 58,652.69 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******9308 Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.00 | | 58,653.69 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,656.10 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,658.59 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,661.00 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,663.49 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,665.98 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,668.39 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,670.88 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,673.29 |

| | | Account *******9308 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 2 | Deposits | 57,708.10 | 4 | Checks | 188.42 |
| Memo Allocation Receipts: | 420,000.00 | 46 | Interest Postings | 1,153.61 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Disbursements: | 365,491.90 | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 58,861.71 | | | |
| | | | | | | Total | $ 188.42 |
| Memo Allocation Net: | 54,508.10 | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 58,861.71 | | | |

LFORM2T4 UST Form 101-7-TFR (4/1/2009) (Page: 7)

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 05-21611 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COHEN, THOMAS G | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | Account Number / CD #: | *******9308  Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | |
| For Period Ending: | 12/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-21611 | | Page 1 | | Date: December 08, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | COHEN, THOMAS G | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | Cooke & Lewis, Ltd. | Administrative | | $3,655.00 | $0.00 | $3,655.00 |
| 001 3110-00 | Cohen & Krol | Administrative | | $4,544.20 | $0.00 | $4,544.20 |
| 000002 070 7100-00 | Target National Bank (f.k.a. Retailers National Ba TARGET c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Unsecured | | $542.53 | $0.00 | $542.53 |
| 000003 070 7100-00 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Unsecured | | $7,957.26 | $0.00 | $7,957.26 |
| 000004 070 7100-00 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | | $30,945.43 | $0.00 | $30,945.43 |
| 000005 070 7100-00 | Marshall Field 111 Boulder Industrial Dr Bridgeton, MO 63044 | Unsecured | | $742.16 | $0.00 | $742.16 |
| 000006 070 7100-00 | Marshall Field 111 Boulder Industrial Dr Bridgeton, MO 63044 | Unsecured | | $68.58 | $0.00 | $68.58 |
| 000007 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $9,348.64 | $0.00 | $9,348.64 |
| 000008 070 7100-00 | MBNA America Bank N A Mailsto De5-014-02-03 Pob 15168 Wilmington, DE 19850 | Unsecured | | $13,010.93 | $0.00 | $13,010.93 |
| 000009 070 7100-00 | Citibank ( South Dakota) NA Assoc Shell Payment Center 4740 121th St Urbandale, IA 50323 | Unsecured | | $984.84 | $0.00 | $984.84 |
| 000001 | LaSalle Bank, N.A. 4747 West Irving Park Road Chicago, Illinois 60641 | Secured | | $105,747.28 | $0.00 | $105,747.28 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-21611 | | Page 2 | | Date: December 08, 2009 |
| Debtor Name: | COHEN, THOMAS G | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $177,546.85 | $0.00 | $177,546.85 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-21611 ABG
Case Name: COHEN, THOMAS G
    COHEN, AMIE HIRSCH
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ | $ |
| Attorney for trustee: Cohen & Krol | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Cooke & Lewis, Ltd. | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: NA* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *Target National Bank (f.k.a. Retailers National Ba* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Discover Bank/Discover Financial Services | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ |
| 000005 | Marshall Field | $ | $ |
| 000006 | Marshall Field | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ |
| 000008 | MBNA America Bank N A | $ | $ |
| 000009 | Citibank ( South Dakota) NA | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .