# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 05-21611 ABG
COHEN, THOMAS G §
COHEN, AMIE HIRSCH §
    Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 424,353.61 |
| *and approved disbursements of* | $ | 365,680.32 |
| *leaving a balance of* | $ | 58,673.29 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ 24,467.68 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 4,544.20 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Cooke & Lewis, Ltd. | $ 3,375.00 | $ 280.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* NA | $ NA | $ NA |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* NA | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,600.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Target National Bank (f.k.a. Retailers National Ba | $ 542.53 | $ 221.84 |
| 000003 | Discover Bank/Discover Financial Services | $ 7,957.26 | $ 3,253.75 |
| 000004 | Chase Bank USA, N.A. | $ 30,945.43 | $ 12,653.69 |
| 000005 | Marshall Field | $ 742.16 | $ 303.47 |
| 000006 | Marshall Field | $ 68.58 | $ 28.05 |
| 000007 | American Express Centurion Bank | $ 9,348.64 | $ 3,822.69 |
| 000008 | MBNA America Bank N A | $ 13,010.93 | $ 5,320.21 |
| 000009 | Citibank ( South Dakota) NA | $ 984.84 | $ 402.71 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF BANKRUPTCY COURT

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  2:00 PM  on  02/19/2010  in Courtroom  B ,

United States Courthouse

  Park City Branch Court

  301 Greenleaf Ave.,  Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 12/08/2009                          By:/s/JOSEPH E. COHEN
                                             Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                  Page 1 of 1                  Date Rcvd: Jan 06, 2010
Case: 05-21611                Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Jan 08, 2010.
db           +Thomas G Cohen,    1652 Cavell Avenue,    Highland Park, IL 60035-2211
jdb          +Amie Hirsch Cohen,    1652 Cavell Avenue,    Highland Park, IL 60035-2211
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
aty           Marc C Scheinbaum,    Scheinbaum & West, LLC,    P. O. Box 5009,    Vernon Hills, IL  60061-5009
aty          +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
tr           +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
9402632       American Express,    PO Box 360002,    Fort Lauderdale, FL 33336-0002
10621687      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10607194     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10707525     +Citibank ( South Dakota) NA,    Assoc Shell Payment Center,    4740 121th St,
               Urbandale, IA 50323-2402
9402634       Dell Financial Services,    P.O. Box 6403,    Carol Stream, IL 60197-6403
9402636       Evanston Northwestern Healthcare,    23056 Network Place,    Chicago, IL 60673-1230
9402637       Evanston Northwestern Healthcare Medical,    Dept. 77-9532,    Chicago, IL 60678-9532
9402639       Evanston Northwestern Medical Group,    23159 Network Place,    Chicago, IL 60673-1231
9402640      +Harris Bank - Bank Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
9402644      +Kimberly Pekar,    1710 Midland Avenue,    Highland Park, IL 60035-2860
10499816     +LaSalle Bank NA,    4747  West Irving Park Rd,    Chicago, IL 60641-2791
9402641      +LaSalle Bank NA,    135 South LaSalle Street,    Chicago, IL 60603-4489
10580486     +LaSalle Bank, N.A.,    4747 West Irving Park Road,    Chicago, Illinois 60641-2791
10690990     +MBNA America Bank N A,    Mailsto De5-014-02-03,    Pob 15168,    Wilmington, DE 19850-5168
9402642      +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
9402643       NCO Financial Systems, Inc.,    P.O. Box 61247,    Dept 64,    Virginia Beach, VA 23466
9402645      +Pinnacle Management Services, Inc.,    514 Market Loop,    Suite 103,    Dundee, IL 60118-2181
9402646      +Rush North Shore Medical Center,    9600 Gross Point Road,    Skokie, IL 60076-1257
9402647       Shell Credit Card Center,    PO 9151,    Des Moines, IA 50368-9151
9402648       Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
10583590     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9402650      +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
9402649       United Mileage Plus, Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
9402651      +Van Ru Credit Corporation,    10024 Skokie Boulevard,    Suite 3,    Skokie, IL 60077-9944

The following entities were noticed by electronic transmission on Jan 06, 2010.
9402633       Fax: 602-221-4614 Jan 06 2010 23:42:43      Chase Automotive Finance,    P.O. Box 15700,
               Wilmington, DE 19886-5700
10588571      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 23:58:23
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9402635       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 23:58:23      Discover Financial Services,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9402638*      Evanston Northwestern Healthcare Medical,    Dept. 77-9532,    Chicago, IL 60678-9532
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**                    **Signature:**   *Joseph Speetjens*