UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| COHEN, THOMAS G | § | Case No. 05-21611 |
| COHEN, AMIE HIRSCH | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THOMAS COHEN |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LASALLE BANK MORTGAGE |  |  |  |  |  |
| US BANK HOME MORTGAGE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CHICAGO TITLE | | | | | |
| COUNTY OF LAKE | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COLDWELL BANKER | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dell Financial Services P.O. Box 6403 Carol Stream, IL 60197-6403 | | | | | |
| Evanston Northwestern Healthcare 23056 Network Place Chicago, IL 60673-1230 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Evanston Northwestern Healthcare Medical Dept. 77-9532 Chicago, IL 60678-9532 | | | | | |
| Evanston Northwestern Healthcare Medical Dept. 77-9532 Chicago, IL 60678-9532 | | | | | |
| Evanston Northwestern Medical Group 23159 Network Place Chicago, IL 60673-1231 | | | | | |
| Kimberly Pekar 1710 Midland Avenue Highland Park, IL 60035 | | | | | |
| Representing: Evanston Northwestern Healthcare Medical | | | | | |
| Representing: Evanston Northwestern Healthcare Medical | | | | | |
| Representing: Harris Bank - Bank Card Services | | | | | |
| Rush North Shore Medical Center 9600 Gross Point Road Skokie, IL 60076 | | | | | |
| Shell Credit Card Center PO 9151 Des Moines, IA 50368-9151 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United Mileage Plus, Cardmember Service P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CITIBANK ( SOUTH DAKOTA) NA | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| MARSHALL FIELD | | | | | |
| MARSHALL FIELD | | | | | |
| MBNA AMERICA BANK N A | | | | | |
| TARGET NATIONAL BANK (F.K.A. RETAIL | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-21611   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COHEN, THOMAS G | Date Filed (f) or Converted (c): | 05/31/05 (f) |
|  | COHEN, AMIE HIRSCH | 341(a) Meeting Date: | 07/07/05 |
| For Period Ending: | 09/21/10 | Claims Bar Date: | 04/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 325,000.00 | 50,000.00 |  | 420,000.00 | FA |
| 2. CASH | 100.00 | 0.00 |  | 0.00 | 0.00 |
| 3. CHECKING | 1,516.74 | 0.00 |  | 0.00 | 0.00 |
| 4. MERRIL LYNCH | 2,367.00 | 0.00 |  | 0.00 | 0.00 |
| 5. CHECKING | 121.09 | 0.00 |  | 0.00 | 0.00 |
| 6. DEPOSITS | 430.00 | 0.00 |  | 0.00 | 0.00 |
| 7. HOUSEHOLD GOODS | 2,680.00 | 0.00 |  | 0.00 | 0.00 |
| 8. COMPUTER | 365.00 | 0.00 |  | 0.00 | 0.00 |
| 9. APPAREL | 2,000.00 | 0.00 |  | 0.00 | 0.00 |
| 10. LIFE INSURANCE | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 11. IRA | 2,387.00 | 0.00 |  | 0.00 | 0.00 |
| 12. PENSION | 106,305.35 | 0.00 |  | 0.00 | 0.00 |
| 13. STOCK | 68.00 | 0.00 |  | 0.00 | 0.00 |
| 14. VEHICLE | 8,675.00 | 0.00 |  | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 1,159.88 | Unknown |
| TOTALS (Excluding Unknown Values) | $452,015.18 | $50,000.00 |  | $421,159.88 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL REAL ESTATE. TRUSTEE ENTERED INTO CONTRACT FOR SALE OF PROERTY BUT CONTRACT FELL THROUGH. TRUSTEE HAS
FOUND NEW BUYER FOR PROPERTY. TRUSTEE HAS SOLD HOUSE TO NEW BUYER AND CLOSED. TRUSTEE TO EXAMINE CLAIMS THAT ARE
FILED. TRUSTEE TO EMPLOY ACCOUNTANT. TRUSTEE STARTING TO WORK ON FINAL REPORT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-21611   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | Date Filed (f) or Converted (c): 05/31/05 (f) |
| | COHEN, AMIE HIRSCH | 341(a) Meeting Date: 07/07/05 |
| | | Claims Bar Date: 04/26/06 |

TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 07/31/06      Current Projected Date of Final Report (TFR): 01/31/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******9308  Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/06 | | CHICAGO TITLE & TRUST CO. | | | 54,508.10 | | 54,508.10 |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:  420,000.00 | 1110-000 | | | |
| | | US BANK HOME MORTGAGE | Memo Amount: ( 206,066.44 ) Mortgage payoff | 4110-000 | | | |
| | | LASALLE BANK MORTGAGE | Memo Amount: ( 106,507.08 ) Mortgage payoff | 4110-000 | | | |
| | | THOMAS COHEN | Memo Amount: ( 15,000.00 ) Homestead exemption to debtors | 8100-002 | | | |
| | | COLDWELL BANKER | Memo Amount: ( 25,000.00 ) Brokers commission | 3510-000 | | | |
| | | COUNTY OF LAKE | Memo Amount: ( 8,149.42 ) Real estate taxes | 2820-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( 4,768.96 ) Title charges & prorations | 2500-000 | | | |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.86 | | 54,519.96 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 41.58 | 54,478.38 |
| 03/16/06 | 1 | COLDWELL BANKER | Proceeds from sale of real estate | 1110-000 | 3,200.00 | | 57,678.38 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 47.34 | | 57,725.72 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 47.44 | | 57,773.16 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.07 | | 57,822.23 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 47.53 | | 57,869.76 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.15 | | 57,918.91 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.19 | | 57,968.10 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 47.64 | | 58,015.74 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.28 | | 58,065.02 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 47.72 | | 58,112.74 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.35 | | 58,162.09 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.40 | | 58,211.49 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 44.66 | | 58,256.15 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 46.90 | 58,209.25 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******9308 Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.47 | | 58,258.72 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.89 | | 58,306.61 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.52 | | 58,356.13 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 47.96 | | 58,404.09 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.61 | | 58,453.70 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.65 | | 58,503.35 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.26 | | 58,540.61 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.29 | | 58,577.90 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 31.30 | | 58,609.20 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 28.02 | | 58,637.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 23.23 | | 58,660.45 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 13.94 | | 58,674.39 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 51.76 | 58,622.63 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 13.87 | | 58,636.50 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 12.02 | | 58,648.52 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.45 | | 58,655.97 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.21 | | 58,663.18 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.45 | | 58,670.63 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.45 | | 58,678.08 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.22 | | 58,685.30 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.69 | | 58,690.99 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.81 | | 58,695.80 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.18 | | 58,698.98 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.99 | | 58,699.97 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.90 | | 58,700.87 |
| 02/28/09 | 000304 | International Sureties, Ltd. | Bond premium | 2300-000 | | 48.18 | 58,652.69 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******9308 Interest earning MMA Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

(continued)

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.00 | | 58,653.69 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,656.10 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,658.59 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,661.00 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,663.49 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,665.98 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,668.39 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,670.88 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,673.29 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,675.78 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,678.27 |
| 02/17/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.29 | | 58,679.56 |
| 02/17/10 | | Transfer to Acct #*******1147 | Final Posting Transfer | 9999-000 | | 58,679.56 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | Account *******9308 | Balance Forward | 0.00 | | |
| | | | 2 Deposits | 57,708.10 | 4 Checks | 188.42 | |
| Memo Allocation Receipts: | 420,000.00 | | 49 Interest Postings | 1,159.88 | 0 Adjustments Out | 0.00 | |
| Memo Allocation Disbursements: | 365,491.90 | | Subtotal | $ 58,867.98 | 1 Transfers Out | 58,679.56 | |
| Memo Allocation Net: | 54,508.10 | | 0 Adjustments In | 0.00 | Total | $ 58,867.98 | |
| | | | 0 Transfers In | 0.00 | | | |
| | | | Total | $ 58,867.98 | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 12)

Ver: 15.20

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 05-21611 -ABG |
| Case Name: | COHEN, THOMAS G |
| | COHEN, AMIE HIRSCH |
| Taxpayer ID No: | *******2650 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1147 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/10 | | Transfer from Acct #*******9308 | Transfer In From MMA Account | 9999-000 | 58,679.56 | | 58,679.56 |
| 02/25/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 24,467.68 | 34,211.88 |
| 02/25/10 | 003002 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 3,029.47 | 31,182.41 |
| 02/25/10 | 003003 | Cooke & Lewis, Ltd. | Accountant for Trustee fees | | | 3,655.00 | 27,527.41 |
| | | | Accountant for Trustee fees | | | | |
| | | |    Fees        3,375.00 | 3410-000 | | | 27,527.41 |
| | | |    Expenses    280.00 | 3420-000 | | | 27,527.41 |
| 02/25/10 | 003004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 1,514.73 | 26,012.68 |
| 02/25/10 | 003005 | Target National Bank (f.k.a. Retailers National Ba<br>TARGET<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000002, Payment 40.90096% | 7100-000 | | 221.90 | 25,790.78 |
| 02/25/10 | 003006 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 000003, Payment 40.90026% | 7100-000 | | 3,254.54 | 22,536.24 |
| 02/25/10 | 003007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000004, Payment 40.90019% | 7100-000 | | 12,656.74 | 9,879.50 |
| 02/25/10 | 003008 | Marshall Field<br>111 Boulder Industrial Dr<br>Bridgeton, MO 63044 | Claim 000005, Payment 40.89954% | 7100-000 | | 303.54 | 9,575.96 |
| 02/25/10 | 003009 | Marshall Field<br>111 Boulder Industrial Dr<br>Bridgeton, MO 63044 | Claim 000006, Payment 40.90114% | 7100-000 | | 28.05 | 9,547.91 |
| 02/25/10 | 003010 | American Express Centurion Bank | Claim 000007, Payment 40.90017% | 7100-000 | | 3,823.61 | 5,724.30 |

FORM 2 Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******1147 BofA - Checking Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/25/10 | 003011 | c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>MBNA America Bank N A | Claim 000008, Payment 40.90023% | 7100-000 | | 5,321.50 | 402.80 |
| 02/25/10 | 003012 | Mailsto De5-014-02-03<br>Pob 15168<br>Wilmington, DE 19850<br>Citibank ( South Dakota) NA<br>Assoc Shell Payment Center<br>4740 121th St<br>Urbandale, IA 50323 | Claim 000009, Payment 40.90004% | 7100-000 | | 402.80 | 0.00 |

Account *******1147  Balance Forward  0.00
0  Deposits  0.00      12  Checks  58,679.56
0  Interest Postings  0.00   0  Adjustments Out  0.00
                             0  Transfers Out  0.00
Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00
                   Subtotal  $  0.00
                                          Total  $  58,679.56
Memo Allocation Net: 0.00
0  Adjustments In  0.00
1  Transfers In  58,679.56

Total  $  58,679.56

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-21611 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | COHEN, THOMAS G | | Bank Name: | BANK OF AMERICA, N.A. |
| | COHEN, AMIE HIRSCH | | Account Number / CD #: | *******1147  BofA - Checking Account |
| Taxpayer ID No: | *******2650 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Total Allocation Receipts: | 420,000.00 | | |
| Total Allocation Disbursements: | 365,491.90 | | |
| Total Memo Allocation Net: | 54,508.10 | | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 57,708.10 | 18 | Checks | 58,867.98 |
| 49 | Interest Postings | 1,159.88 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 58,679.56 |
| | Subtotal | $ 58,867.98 | | | |
| | | | | Total | $ 117,547.54 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 58,679.56 | | | |
| | Total | $ 117,547.54 | | Net Total Balance | $ 0.00 |